THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VASITILY KUZ, Appellant. [891 NYS2d 294]

The defendant contends that, with respect to the count charging assault in the first degree, the Supreme Court's erroneous definition of serious physical injury (*see* Penal Law § 10.00 [10]; *People v Pittman*, 33 AD3d 1118, 1119-1120 [2006]; *cf.* CJI2d[NY] Penal Law § 120.10 [1]), deprived him of a fair trial (*see* CPL 470.15 [6] [a]). We find that the charge did not deprive the defendant of a fair trial, and we decline to disturb the conviction in the exercise of our interest of justice jurisdiction

(*see* CPL 470.15 [3] [c]; *People v Malloy*, 177 AD2d 511, 512 [1991]). Fisher, J.P., Angiolillo, Dickerson and Leventhal, JJ., concur.